**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-27187-CIV-DAMIAN**

**EBED ARONY CALLES RIVERA,**

Petitioner,

v.

**WARDEN, South Florida Detention Center**,

Respondent.
_______________________________________/

**ORDER DISMISSING PETITION [ECF NO. 1]**
**WITHOUT PREJUDICE AS MOOT**

**THIS CAUSE** is before this Court on Petitioner, Ebed Arony Calles Rivera's ("Calles Rivera"), Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [ECF No. 1 ("Petition")], filed October 14, 2026, and the South Florida Detention Center Warden's ("Warden") Notice of Mootness on Account of Petitioner's Release from Custody [ECF No. 4 ("Notice")], filed October 15, 2026.

THE COURT has reviewed the Petition, the Notice, the pertinent portions of the record, and the relevant legal authorities and is otherwise fully advised.

Calles Rivera challenged the legality of his immigration detention and the adequacy of the procedures used to review it. Pet. at 6–7. In the Notice, the Warden reports that ICE released Calles Rivera on bond on October 11, 2026. Notice at 1.

A habeas petition becomes moot when release leaves no continuing injury for which this Court can grant meaningful relief. *See Djadju v. Vega*, 32 F.4th 1102, 1106–07 (11th Cir. 2022). Conditional release does not preserve a detention challenge where the petitioner identifies no continuing collateral consequence or challenge to the conditions of release. *Id.*

at 1107. Here, Calles Rivera challenges his detention, identifies no separate continuing injury, and does not challenge any condition of release. Pet. at 6–7. Because his release leaves no further effective relief on the detention challenge presented, the Petition is due to be dismissed without prejudice as moot.

Accordingly, and for the reasons stated above, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Petition for a Writ of Habeas Corpus **[ECF No. 1]** is **DISMISSED WITHOUT PREJUDICE AS MOOT**.
2. The Motion for Leave to Proceed in Forma Pauperis **[ECF No. 3]** is **DENIED AS MOOT**.
3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 19th day of October 2026.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

CC: Counsel of Record

Ebed Arony Calles Rivera, *Pro se*
A# 234515035
Krome North Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194